AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Texas ▾

**23-3932-MJ-BECERRA**

United States of America
v.
MITCHELL VAUGHN LEE

Case No. 7:23-MJ-142

)
)
)
)
)
)

FILED BY _____ MP _____ D.C.

**Oct 5, 2023**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami, Fl

_____
*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MITCHELL VAUGHN LEE                                          ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment      ❏ Superseding Indictment      ❏ Information      ❏ Superseding Information      ☑ Complaint
❏ Probation Violation Petition      ❏ Supervised Release Violation Petition      ❏ Violation Notice      ❏ Order of the Court

This offense is briefly described as follows:
18 USC 1343 - Wire Fraud

18 USC 1028 - Fraud and Related Activity in Connection with Identification Documents and Information

Date:     05/22/2023                          _____
*Issuing officer's signature*

City and state:     Midland, Texas                    David Fannin, U.S. Magistrate Judge
*Printed name and title*

| Return |
|--------|

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                          _____
*Arresting officer's signature*

_____
*Printed name and title*

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Western District of Texas ▾

**FILED**

May 22, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _M. Ramirez_
DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MITCHELL VAUGHN LEE | ) | Case No. |
| | ) | 7:23-MJ-142 |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___12/08/2021 - 02/28/2022___ in the county of ___Midland___ in the
___Western___ District of ___Texas___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1343 | Wire Fraud |
| 18 USC 1028 | Fraud and Related Activity in Connection with Identification Documents and Information |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

Attested to by applicant pursuant to Rule
4.1 of Fed. R. Crim. P. by phone & email.

/s/ Christopher Ramsay
_Complainant's signature_

Christopher Ramsay, FBI Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: ___05/22/2023___

_Judge's signature_

City and state: ___Midland, Texas___

United States Magistrate Judge
_Printed name and title_

**FILED**

May 22, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____M. Ramirez_____

DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

IN THE MATTER OF THE
INVESTIGATION AND ARREST OF
MITCHELL VAUGHN LEE

**Filed Under Seal**

Case No. 7:23-MJ-142

## <u>ORDER</u>

Came on this date to be considered the Government's Motion to Seal, in the above entitled and numbered cause, and after considering the same, the Court is of the opinion that it should be granted in the interest of law enforcement. It is hereby,

ORDERED that the Clerk of the Court Seal the Criminal Complaint, the Affidavit filed in support of the Criminal Complaint, the Arrest Warrant, this Motion to Seal, and the Order Sealing, in the above entitled and numbered cause, until further ordered by the Court, except that copies of these documents may be provided to the Government.

SIGNED AND ENTERED, this 22nd day of May, 2023.

_____
DAVID FANNIN
UNITED STATES MAGISTRATE JUDGE

**FILED**

May 22, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _M. Ramirez_

DEPUTY

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

IN THE MATTER OF THE
INVESTIGATION AND ARREST OF
MITCHELL VAUGHN LEE

**Filed Under Seal**

Case No. 7:23-MJ-142

## MOTION TO SEAL

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, by and through the United States Attorney and undersigned Assistant United States Attorney for the Western District of Texas, moves the Court to Seal the Criminal Complaint, the Affidavit filed in support of the Criminal Complaint, the Arrest Warrant, this Motion to Seal, and the Order Sealing in the above entitled and numbered cause, and for reasons, would show the Court the following:

The Application for a Criminal Complaint and the Affidavit filed in support of the Application for a Search Warrant in the above entitled and numbered cause disclose information concerning an ongoing criminal investigation. The premature disclosure of the Affidavit would reveal information into the public record that has the potential to undermine or compromise the ongoing criminal investigation, including law enforcement's attempt to investigate, locate, and capture the suspect.

The United States would request that the Clerk of the Court be ordered to Seal the Criminal Complaint, the Affidavit filed in support of the Criminal Complaint, the Arrest Warrant, this Motion to Seal, and the Order Sealing, filed in the above entitled and numbered cause, until further ordered by the Court, except that copies of these documents may be provided to the United States

and any law enforcement agencies involved in the investigation, location, and capture of the suspect in this matter.

Dated this 22nd day of May, 2023.

Respectfully submitted,

JAIME ESPARZA
UNITED STATES ATTORNEY

By: /s/ Joseph A. Mahoney
JOSEPH A. MAHONEY
Assistant U.S. Attorney
400 West Illinois Ave., Suite 1200
Midland, Texas 79701
(432) 686-4110

**FILED**

May 22, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ M. Ramirez

DEPUTY

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

**Requesting to File Under Seal**

7:23-MJ-142

I, Christopher Ramsay, being duly sworn, herby state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since December 2020.

2.      I am currently assigned to the FBI El Paso Division, Midland, Texas Resident Agency ("MRA"), where I investigate criminal violations of federal law, including those laws found in Title 18 of the United States Code, relating to wire fraud, bank fraud, access device fraud, and identity theft. By virtue of my FBI employment, I have performed a variety of investigative tasks, including functioning as a case agent on complex financial crime investigations. I have received training in the investigation of complex financial frauds, including wire fraud, mail fraud, financial institution fraud, and money laundering. In the course of conducting or participating in criminal investigations, I have been involved in conducting physical surveillance, analyzing bank records and other financial documents, analyzing telephone records, collecting and analyzing evidence, and preparing and executing search warrants. This affidavit is made in support of an application for a criminal complaint against MITCHELL VAUGHN LEE for Wire Fraud, in violation of Title 18, United States Code, §1343 and Fraud and Related Activity in Connection with Identification Documents and Information, § 1028.

3.      The facts and information set forth in this affidavit are based on my personal observations, my training and experience, and, as specifically attributed below, information obtained from law enforcement officers and witnesses. To the extent that any information in the affidavit is not my personal knowledge, it has been made available to me through reliable law enforcement sources, and I believe such information to be true. This affidavit is made for the sole

purpose of demonstrating probable cause for the issuance of the requested complaint and does not purport to set forth all my knowledge of, or investigation into this matter. In addition, where I report information I learned from others or from reviewing documents and reports prepared by others, such information is recounted in sum and substance and in relevant part.

## SUMMARY OF PROBABLE CAUSE

4.      The FBI is conducting an ongoing investigation into a scheme to steal oil and gas royalty funds run by LEE from at least December 2021 through May 2022. So far, the FBI has determined that LEE has defrauded or attempted to defraud royalty owners and oil and gas companies of over $4.3 million in royalty payments.

5.      Bank records and victim interviews showed LEE appeared to be operating a number of bank accounts under stolen identities from victims around the United States. The victims were generally elderly in nature and owned substantial acreage and mineral rights in the State of Texas.

6.      In order to carry out the scheme, LEE used personally identifiable information ("PII"), including birthdays, Social Security Account Numbers ("SSAN"), and home addresses, belonging to real persons in order to impersonate those individuals and divert the victims' scheduled royalty payments to accounts controlled by him.

7.      Specifically, a man suspected to be LEE used phone number 213-451-8521 ("the 8521 number") to call several oil and gas companies purporting to be various royalty owner victims. Historical cell-site data obtained pursuant to a warrant for the 8521 number shows that at least three of these fraudulent calls were made in or near the vicinity of 501 South Spring Street, Los Angeles, California 90013. The 8521 number regularly made calls from in or near the SUBJECT RESIDENCE in the time period of November 2021 to March 2022.

8.     Law enforcement databases show that LEE has a California driver's license with his residence listed as the 501 South Spring Street, Apartment 761, Los Angeles, California 90013 ("SUBJECT RESIDENCE"). Subpoenaed records from the company that owns the apartment building containing the SUBJECT RESIDENCE show that LEE leased the SUBJECT RESIDENCE since February 2018 and was a tenant until at least May 12, 2022, when FBI Agents arrested LEE for Felon in Possession of a Firearm while executing a court authorized search warrant at LEE's residence.

9.     During these calls, and in similar emails, LEE would convince oil and gas companies to send the victims' royalty payments by check to the SUBJECT PREMISES or to direct deposit into bank accounts controlled by LEE and registered at the SUBJECT RESIDENCE.

10.     During a court authorized search warrant of the SUBJECT RESIDENCE on May 12, 2022, FBI Agents discovered a number of evidence items linking LEE to violations of Title 18, U.S.C. § 1343 (Wire Fraud) and § 1028 (Fraud and Related Activity in Connection with Identification Documents and Information), including, (i) cellular telephone with the 8521 number, (ii) oil and gas royalty direct deposit forms containing victim PII, (iii) Documents, notes, or other items with victim PII, (iv) handwritten letters matching those submitted to oil and gas companies, among a number of items with evidentiary value.

## STATEMENT OF PROBABLE CAUSE

### A.  Overview of LEE's Scheme to Steal Mineral Rights Royalties

11.     Mineral rights owners receive a portion of the revenue from a producing oil well based on amount of minerals that they own in the form of royalties. The royalty is paid by the oil and gas producer to the mineral rights owners, and royalty owners typically receive their revenue share via recurring monthly payments.

12.     The FBI identified at least four victims from whom LEE stole or attempted to steal royalty payments: V1, V2, V3, and V4. Each identified victim owns substantial acreage and mineral rights in various heavily producing oil and gas locations in Texas. LEE appears to target elderly victims that receive their royalty payments by physical check. LEE utilized real PII belonging to the victims to order to gain access to the victims' royalty accounts through support call centers for oil and gas producers.

13.     After obtaining the royalty account numbers, LEE submitted requests to oil and gas companies to change the bank account, address, and/or telephone numbers on the accounts in order to divert royalty payments to accounts controlled by LEE and registered at the SUBJECT RESIDENCE. To date, LEE has received the following royalty funds through his or her fraudulent scheme.

| Company | Date | Amount |
|---|---|---|
| XTO Energy Inc. | 12/24/2021 | $ 580,370 |
| XTO Energy Inc. | 12/30/2021 | $ 768,732 |
| EOG | 2/11/2022 | $ 222,753 |
| Diamondback Energy | 2/16/2022 | $ 336,552 |
| Apache | 2/28/2022 | $ 1,225,711 |
| Diamondback Energy | 2/28/2022 | $ 1,201,899 |
| **Total** | | **$ 4,336,018** |

**B.  LEE Steals Over $1.3 Million in Royalty Payments from V1**

14.     On or about January 18, 2022, V1's attorney contacted the Federal Bureau of Investigation ("FBI") Midland Resident Agency to report that V1's royalty checks from several oil companies were obtained and deposited by another individual. According to V1's attorney:

      a.  V1 owns substantial acreage and mineral rights in Glasscock and Martin Counties in Texas and collects physical paper royalty checks from several oil companies, including Pioneer Natural Resources, ConocoPhillips, and XTO Energy ("XTO").

b. Ordinarily, V1's royalty checks are delivered by United States Postal Service (USPS) mail on a regular basis, and V1 picks them up from his mailbox and deposits them to his account at the Bank of Stanton in Stanton, Texas.

c. In January 2022, V1 noticed that some checks did not come in as expected. V1 is unsure why but indicated someone must have obtained the checks or funds fraudulently.

15.     V1's royalty funds appear to have been deposited into a PNC Bank account and/or a Capital One bank account, possibly in Salt Lake City, Utah. The total loss to V1 is estimated to be approximately $1.3 million.

16.     A handwritten note was provided to XTO, purporting to be written and signed by V1, with a voided check, requesting changes to V1's royalty account including changing the attached bank account to a Capital One account.

**C. Information Obtained from the Texas Department of Public Safety**

17.     On or about February 8, 2022, Texas Department of Public Safety (DPS) Criminal Investigations Division (CID) Captain Javier Ortegon contacted the FBI Midland RA and provided the following information:

a. On or about January 25, 2022, an employee of XTO Energy, a subsidiary of Exxon Mobil, advised Captain Ortegon of an investigation of a wire fraud scheme involving V1 and XTO.

b. V1, a resident of Stanton, Martin County, Texas, is a landowner conducting oil field business with XTO. As a result, V1 receives royalties from XTO for the exploration and production of oil, natural gas, and related products on V1's property.

c. V1 receives royalty payments from XTO Energy in the form of paper checks delivered by the USPS to V1's residence located on State Highway 137 in Stanton, Texas 79782. According to V1, he does not have, nor has he ever had, an email address or an online presence with XTO.

d. In or about December 2021, V1 was scheduled to receive royalty payments from XTO; however, according to V1, V1 never received the payments.

e. On or about January 18, 2022, V1 contacted XTO and informed XTO that the payments had not been received. XTO informed V1 that the account had been changed by V1 to receive payments through direct deposits (ACH). V1 advised XTO that V1 had not made or authorized any changes to receive direct deposit payments.

**D. Through Calls and Emails to Oil and Gas Companies, LEE Diverted V1's Royalty Payments to Bank Accounts in His Control**

18.    Based on my review of emails, call transcripts, internal XTO documents, and discussions with XTO personnel, I know the following.

19.    On or about December 8, 2021, an individual sent an email from the email address johnzant513@gmail.com to XTO's Land and Data Management Division at UIS-LAND-BP-DATAMANAGEMENT@ exxonmobil.com. The individual falsely identified himself as V1, provided V1's Social Security Account Number, and requested that XTO provide V1's owner number and a direct deposit form.

20.    On or about December 9, 2021, an XTO analyst replied to johnzant513@gmail.com with V1's owner number and attached the requested ACH/direct deposit form. In addition, the

analyst requested the signature on the form to be handwritten and to attach a voided check from the requestor's bank.

21.    The individual replied with the necessary form, a personal handwritten letter, a printed voided check, V1's home address, and the last four numbers of V1's SSAN requesting the change. The individual requested a change in method of payment for royalties to direct deposit to a Capital One bank account number ending in 3688 ("Capital One Acct. #3688").

22.    Call records provided by XTO representatives indicate on or around December 9, 2021, a man suspected to be LEE used the 8521 number to call the Exxon Mobile Business Support Center purporting to be V1. As explained in further detail below, historical cell-site data for the 8521 number shows that this call was made from the general area of the SUBJECT RESIDENCE. LEE, pretending to be V1, said that he had completed and emailed the direct deposit form, but that his printer was not working so well. LEE wanted to confirm if the form that he sent would be valid.

23.    According to XTO representatives and call center transcripts, on December 17, 2021, a man suspected to be LEE again called the Exxon Mobil Business Support Center using the 8521 number pretending to be V1. Historical cell-site data shows that this call was also made from the general area of the SUBJECT RESIDENCE. LEE, purporting to be V1, said that he had previously submitted old bank information on the previous form. He requested a change to direct deposit using email johnzant513@gmail.com, for any future oil and gas related royalties to be sent to an account ending in 5619 at Bank of America ("BoA Acct #5619") in Charlotte, North Carolina..

24.    According to XTO representatives, as a result of this request, on January 3, 2022, Exxon Mobil entered data into their computer system changing the direct deposit account for V1 from Capital One Acct #3688 to BoA Acct. #5619.

25.     On or about January 3, 2022, a male individual again contacted the Exxon Mobil Business Support Center and submitted a change to direct deposit via jzant98@gmail.com, requesting any future oil and gas related royalties for V1 to an account number ending in 2154 at Huntington Bank ("HB Acct #2154") in Philadelphia, Pennsylvania.

26.     According to XTO representatives and call center transcripts, on January 11, 2022, an individual suspected to be LEE called the Exxon Mobil Business Support Center, using the 8521 number to confirm that the records had been updated to his new bank account for royalty payments to V1. As explained in further detail below, historical cell-site data for the 8521 number shows that this call was made from the general area of the SUBJECT RESIDENCE.

27.     According to XTO representatives and call center transcripts, on January 12, 2022, a man suspected to be LEE again contacted the Exxon Mobil Business Support Center, using the 8521 number to make sure records had been updated to his new bank account for royalty payments to V1. As explained in further detail below, historical cell-site data for the 8521 number shows that this call was made from the general area of the SUBJECT RESIDENCE. The individual requested that he receive the scheduled January payment into the new account.

28.     According to XTO email records, on or about January 29, 2022, an individual utilizing email address johnzant513@gmail.com contacted XTO's Land and Data Management Division at UIS-LAND-BP-DATA-MANAGEMENT@exxonmobil.com and submitted a change of address form. The form identified V1's new address as the SUBJECT RESIDENCE. The document signature was forged as V1's.

**D. The Diverted Royalty Payments Are Linked to at Least Three Bank Accounts Controlled by LEE**

*Capital One Account Number Ending 3688 ("Capital One Acct. #3688")*

29.     Agents subpoenaed Capital One Bank for records pertaining to Capital One Acct. #3688, which is one of the accounts to which LEE diverted V1's royalty payments. Records indicated Capital One Acct. #3688 was Controlled by LEE and Registered to the SUBJECT RESIDENCE.

30.     According to the records received from Capital One, V1 is listed as one account holder for Capital One Account No. 3688 with a home address on State Highway 137 in Stanton, Texas 79782. The email and telephone number listed for V1 on the account are vanf0505@gmail.com and the 8521 number, respectively. According to subscriber records, the 8521 number is a cellular number registered to T-Mobile and Sprint. As referenced above, according to V1, he does not own a cell phone or utilize email to communicate.

31.     Another individual believed to be a victim of identity theft by LEE ("W.N"). is listed as a joint holder on Capital One Account No. 3688 with the SUBJECT RESIDENCE listed as the home address and the 8521 number as the telephone number.

32.     Review of statements from Capital One Account No. 3688 reflect two ACH payments received from XTO Energy Inc. on December 24, 2021, and December 30, 2021, for $580,369.95 and $768,732.24, respectively. The amount of the ACH payments matches the amount of the royalty payments that V1 was due to receive, but never did in that time period.

33.     Capital One subpoena returns included the IP address utilized to open the account. The IP address 76.168.97.221 was utilized on 11/18/2021 and 12/9/2021 to open and update the account information. The IP address came back to ISP Charter Communications, Inc. Charter Communications was subpoenaed and provided records on the subscriber information for the IP address used on the above dates. Subscriber information was listed as Mark Dizdar, address listed

as the SUBJECT RESIDENCE, user name vanf0505@gmail.com, phone number 323-247-1866. Address matched the SUJBECT RESIDENCE and user name matched account name utilized on one of the phones seized from SUJBECT RESIDENCE.

*Bank of America Account Number Ending 5619 ("BoA Acct. #5619")*

34.   Agents subpoenaed Bank of America for records pertaining to BoA Acct #5619, which is one of the accounts to which LEE diverted V1's royalty payments. BoA Acct. #5619 appeared to be controlled by LEE and registered to the SUBJECT RESIDENCE.

35.   According to records received from Bank of America, BoA Acct. #5619 is registered to additional identity theft victims, F.V. and T.D.V. with the home address listed as the SUBJECT RESIDENCE.

36.   On or about February 14, 2022, the account was opened with a mobile check deposit for the amount of $3,922.11, check number ending in 7165 from CarMax, Inc. paid to the order of LEE with the address listed as the SUBJECT RESIDENCE.

37.   At least six checks ranging from $400 to $2,500 were written to LEE from BoA Acct. #5619 between April 2021 and January 2022 that were cashed. Automobile insurance payments were made to GEICO and Farmers Insurance in LEE's name from BoA Acct. #5619 in the same time period.

38.   LEE made a number of purchases from BoA Account No. 5619, including a vehicle, jewelry, investments, luxury clothing, food, and other miscellaneous expenditures.

39.   On or about April 26, 2022, FBI agents interviewed T.D.V., who said the following:

a. T.D.V. explained that he is the son of F.V. F.V. is 86 years old, and T.D.V. takes care of his father, who has a number of health issues. T.D.V. stated he had a Power of Attorney over his father's affairs due to these issues.

b. T.D.V. represented that his father was a victim of identity theft in 2019 and believed it happened again more recently.

c. Neither T.D.V. nor F.V. authorized the opening of BoA Acct. #5619 in their names in 2019. T.D.V. believed the account was opened electronically and noted that his father does not use computers.

d. T.D.V. stated that Bank of America had contacted him and his father about large transfers into the account from an individual in California. They notified Bank of America that the transfers were fraudulent.

40.   According to Bank of America representatives, funds in BoA Acct. #5619 were put on hold in or around March 2022, based on a fraud request received from Wells Fargo to return funds to their customers, Diamondback and Apache).

41.   Review of BoA Acct. #5619 revealed deposits from the following oil and gas companies:

| Company | Date | Amount |
|---|---|---|
| Diamondback E&P | 2/16/2022 | $336,552.42 |
| Apache Royalty | 2/28/2022 | $1,225,710.64 |
| Diamondback E&P | 2/28/2022 | $1,201,899.34 |
| **Total** | | **$2,764,162.40** |

*Huntington Bank Account Number Ending  #2154*

42.    Agents subpoenaed Huntington Bank for records pertaining to Account Number Ending 2154 ("HB Acct. #2154"), which is one of the accounts to which LEE diverted V1's royalty payments.

43.    According to those records, HB Acct. #2154 was opened electronically in the name of V1, utilizing V1's SSAN and date of birth.  The account was opened with a $500.00 deposit via check number 2865 paid to LEE from BoA Acct. #5619, which as explained above, is controlled by LEE and registered at the SUBJECT RESIDENCE.

*Investigation of Telephone Number 213-451-8521 Number*

44.    FBI Agents subpoenaed subscriber and call records from T-Mobile USA, Inc. regarding the 8521 number. T-Mobile's subpoena return indicated the user of the 8521 number with IMEI 357486359864790, conducted approximately 58 outgoing calls between the dates of November 6, 2021, and January 28, 2022, to 1-866-886-2613, which is the registered number for XTO's Interest Owner Relations Department.

45.    The records indicated that the calls were placed to the XTO Interest Owner Relations Department on the dates indicated above, matching call records provided by XTO.

46.    In addition, records indicate that the 8521 number placed calls to a number of other oil and gas companies, including Kinder Morgan, Occidental Petroleum, Scout Energy Management, Diamondback Energy, and EOG Resources.

47.    The FBI Cellular Analysis Survey Team (CAST) analyzed T-Mobile cell tower and call detail records obtained through a Federal Search Warrant for the 8521 number. Historical

location records from November 6, 2021, to March 21, 2022, were obtained from T-Mobile and were analyzed by CAST.

48.   According to that analysis, the 8521 number used towers near the SUBJECT RESIDENCE throughout the entire five-month period.  Location data indicated the phone was used in the general vicinity of the residential building located at the SUBJECT RESIDENCE.

*Residential Search Warrant*

49.   SA Ramsay reviewed the evidence items seized from the SUJBECT RESIDENCE during the court authorized search warrant executed on May 12, 2022, and noted the items included a substantial amount of victim PII and links to the royalty scheme perpetrated by LEE. In addition, review of the items indicate additional victims were targeted and potentially experienced losses due to LEE's fraudulent scheme. Items linking LEE to victims included:

i.   An Apple iPhone 6 Plus was seized at the SUBJECT RESIDENCE. A Cellebrite extraction revealed the last used MSISDN on the phone was 12134518521, matching the phone utilized to perpetrate the scheme.

ii.   A faded XTO Direct Deposit Enrollment form as described by XTO representatives to FBI in the initial complaint. The form contained V1 information and requested to change bank to Capital One Acct #3688. The form was dated 12/9/2021.

iii.   A faded XTO Direct Deposit Enrollment form as described by XTO representatives to FBI in the initial complaint. The form contained V1 information and requested to change bank to BoA Acct #3688. The form was dated 12/17/2021.

    iv.  V1 PII on document appeared to be purchased from website.

    v.  Notebook containing V1 and other victims identified by FBI (V2, V3, and V4) names handwritten.

        a.  V1's XTO owners' number was handwritten in notebook.

        b.  V2's date of birth ("DOB"), SSAN, and Diamondback's owner's number were written in the notebook.

        c.  V3's SSAN, address, DOB, and Apache owner's number were written in the notebook.

        d.  V4's name was written next to his address, SSAN, and EOG Resources owner's number.

    vi.  Physical copy of Capital One Acct. #3688 statement for period March 1 – March 31, 2022 with balance of $1,571,855.13 with V1 printed on statement.

    vii.  Apache Corporation Electronic Funds Transfer Payment Form completed for V3 to change to BoA Acct. #5619.

    viii.  EOG Resources Direct Deposit Enrollment Form filled out with V4's PII and bank changed to Capital One Acct. #3688. V4 forged signature dated 2/1/2022.

    ix.  Checkbook for F.V., address listed as SUBJECT RESIDENCE.

## **FEDERAL CRIMINAL VIOLATION**

50.    Based upon the above listed information, there is probable cause to believe that, from on or about December 08, 2021 to on or about February 28, 2022, MITCHELL VAUGHN LEE

committed a violation of Wire Fraud, in violation of Title 18, United States Code, §1343 and Fraud

and Related Activity in Connection with Identification Documents and Information, § 1028.

52.     Assistant U.S. Attorney Joseph Mahoney was notified and agreed to prosecute the case in

the Western District of Texas.


_____/s/ Christopher Ramsay_____                               ___05/22/2023___
Christopher Ramsay                                                          Date
Special Agent
Federal Bureau of Investigation            Attested to by applicant pursuant to Rule
                                                           4.1 of Fed. R. Crim. P. by phone & email.


Sworn to and subscribed before me in my presence.


_____                               ___05/22/2023___
David B. Fannin                                                           Date
United States Magistrate Judge